NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN H. FARO,**

*Petitioner-Appellant*

**v.**

**JOSEPH MATAL, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, U.S. PATENT & TRADEMARK OFFICE,**

*Respondent-Appellee*

---

2016-2716

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:16-cv-00320-GBL-TCB, Judge Gerald Bruce Lee.

---

## JUDGMENT

---

JOHN H. FARO, Faro & Associates, Miami, FL, argued pro se.

ANDREW SUN HAN, Office of the United States Attorney for the Eastern District of Virginia, Alexandria, VA,

argued for respondent-appellee. Also represented by DANA J. BOENTE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, PLAGER, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 4, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |